UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Ashby, | Civil No. 08-4693 (PAM/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| Autumn Park Investment Company, LLC, and United Towing, Inc., | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Franklin L. Noel dated July 23, 2008. In the R&R, Magistrate Judge Noel recommends that the Court deny Plaintiff's application to proceed in forma pauperis and dismiss this matter with prejudice. Plaintiff has not filed objections to the R&R in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 2) is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Wednesday, August 13, 2008

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge